IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROCHESTER KEMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-0676-WKW |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 31, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case. The plaintiff did not file an objection.

After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED.

2. Plaintiff's complaint is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) (2000).

DONE this 27th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE